# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-mj-168- VCF |
| Plaintiff, | ORDER FOR DISMISSAL |
| STACY JOHNSON, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint filed against STACY JOHNSON and quash any associated warrant.

DATED this 29th day of August, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Rachel Kent

RACHEL KENT
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 30th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

1